**F I L E D**
CLERK, U.S. DISTRICT COURT

6/17/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  2:26-cr-00395-CV |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Possession with Intent to Distribute Fentanyl; 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Distribution of Methamphetamine 21 U.S.C. § 853: Criminal Forfeiture] |
| YOLANDA IRIARTE-AVILA, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about May 6, 2026, in Los Angeles County, within the Central District of California, in a residence, defendant YOLANDA IRIARTE-AVILA knowingly and intentionally possessed with intent to distribute at least 400 grams, that is, approximately 18.44 kilograms, of a mixture and substance containing a detectable amount of n-phenyl-n-[1-( 2-phenylethyl )-4- piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about May 6, 2026, in Ventura County, within the Central District of California, in a vehicle, defendant YOLANDA IRIARTE-AVILA knowingly and intentionally possessed with intent to distribute at least 400 grams, that is, approximately 1.02 kilograms, of a mixture and substance containing a detectable amount of n-phenyl-n-[1-( 2-phenylethyl )-4- piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)]

On or about April 14, 2026, in Los Angeles County, within the Central District of California, defendant YOLANDA IRIARTE-AVILA knowingly and intentionally distributed at least 50 grams, that is, approximately 1.32 kilograms, of methamphetamine, a Schedule II controlled substance.

3

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of counts One through Three of this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b)  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.   Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond

4

the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                        /S/
                                        Foreperson


TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

JENNIFER L. WAIER
Chief Assistant United States
Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes
Section

CHRIS S. BULUT
Assistant United States Attorney
General Crimes Section